FILE[

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.:

POPULAR, INC.,   6:06-CV-1218- 18JGG

      Plaintiff,

v.

BRIAN STOUT,

      Defendant.
_____/

## COMPLAINT

Plaintiff Popular, Inc., by and through its undersigned attorneys, allege for its Complaint as follows:

    1.    Popular, Inc. files this action for violation of the Anticybersquatting Consumer Protection Act.

### JURISDICTION AND VENUE

    2.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1338(a) as Popular's cause of action arises under the Federal Trademark act (the "Lanham Act"), 15 U.S.C. § 1051–1141, as well as 28 U.S.C. § 1331.

    3.    Venue is proper within this District pursuant to 28 U.S.C. § 1391(b).

## THE PARTIES

4.   Plaintiff, Popular, Inc., is a corporation duly organized and existing under the laws of the Commonwealth of Puerto Rico.

5.   Defendant, Brian Stout, is an individual residing in the State of Florida and this District at 10239 Cypress Knee Circle, Orlando, Florida 32825.

## BACKGROUND

6.   Popular, Inc., through its subsidiaries, operates almost 200 banking branches under the "Banco Popular" mark in the Commonwealth of Puerto Rico. Additionally, Popular, Inc. operates over 100 banking branches under the "Banco Popular" mark in Florida, New York, New Jersey, Illinois, Texas, and California. The English translation of "Banco Popular" is "Popular Bank."

7.   Popular, Inc. is the owner of the "Popular" family of trademarks. Popular, Inc. first used its "Banco Popular" mark in 1893 and continues to use this mark in interstate commerce. Other marks in the Popular family of marks include "Popular", "Popular.com", "BPPR Popular Mortgage", "Banco Popular Mortgage", "Popular Money", "Popular Savings", "Popular Investor", and "Popular Interest". An index of Popular's trademark registrations is attached as Exhibit "A".

8.   Popular's family of marks, when used in conjunction with the sale, distribution, or offer for sale of financial products and services, signifies to the consumer that the product or service comes from Popular, Inc. and is of the

2

highest quality. Popular, Inc. has insured that the products or service bearing its marks are of the highest standard. Popular, Inc.'s high quality products and services have been widely accepted by the public and are enormously popular.

9. Popular Financial Services, LLC, a division of Equity One, Inc., which is a subsidiary of Popular, Inc., hired Stout on January 4, 2005.

10. On January 5, 2005, Stout registered the domain name "popularfinancialsvc.com". *See* Exhibit B.

11. Upon information and belief, Stout used the domain name in conjunction with the offering for sale of financial products and services.

12. Stout ceased his employment with Popular Financial Services on April 15, 2005.

13. On July 20, 2006, Stout offered to sell the domain name to Popular, Inc.

14. Popular, Inc. has never authorized Stout to exploit its Popular family of marks, to use any Popular mark in any domain name, or to advertise, market, sell, or offer for sale any product or service in conjunction with the Popular family of marks.

15. Stout is using the "Popular" mark as part of his domain name and has intentionally copied the distinctiveness of the mark with a bad faith intent to profit from it.

COUNT I — Anticybersquatting Consumer Protection Act

16. Popular, Inc. repeats each allegation contained in paragraphs 1 through 13 of this complaint.

17. Stout's acts as plead herein are in violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1)(A).

18. Stout has registered, trafficked in, or used the domain name "popularfinancialsvc.com" which is confusingly similar to Popular, Inc.'s "Popular.com" mark and family of marks, with a bad faith intent to profit from Popular, Inc.'s marks.

19. Popular, Inc. has suffered damages as a result of Stout's acts.

20. Popular, Inc. has sustained irreparable harm and, unless Stout is enjoined, Popular, Inc. will continue to sustain irreparable harm as a result of Stout's wrongful conduct in violation of 15 U.S.C. § 1125(d)(1)(A).

PRAYER FOR RELIEF

WHEREFORE, Popular, Inc. demands entry of a judgment against Stout as follows:

1. Directing that Stout shall immediately cease using and claiming ownership of the "popularfinancialsvc.com" domain name and shall immediately request his registrar to transfer the domain name registration to Popular, Inc..

4

2. If the registrar delegates complete control regarding disposition of the registration and use of the "popularfinancialsvc.com" domain name to this Court, that said domain name registration be ordered transferred to Popular, Inc., and Stout be ordered to notify the registrar of the Court's order.

3. That Popular, Inc. be award statutory damages in the amount of $100,000.00 pursuant to 15 U.S.C. § 1125(d)(1) and § 1117(d).

4. That Popular, Inc. be awarded its reasonable attorneys' fees and investigative fees pursuant to 15 U.S.C. § 1117.

5. That Popular, Inc. be awarded its costs in bringing this action.

6. That Popular, Inc. have such other further relief that this Court deems just.

Dated this /4th day of August, 2006.

_____
Michael W. O. Holihan
Florida Bar No.: 0782165
Holihan Law
1101 North Lake Destiny Road
Suite 350
Maitland, Florida 32751
Telephone: 407-660-8575
Fax: 407-660-0510
Email: michael.holihan@holihanlaw.com
Attorneys for Plaintiff

# EXHIBIT A

| Serial # | Registration # | Mark | Class | Reg. Date |
|---|---|---|---|---|
| 78513780 | 3,076,052 | POPULAR AUTO | 36 | April 4, 2006 |
| 78546463 | 3,062,961 | POPULOSO SAVINGS | 36 | February 28, 2006 |
| 78514480 | 3,041,067 | POPULAR L/C ONLINE | 36 | January 10, 2006 |
| 78536587 | 3,035,693 | BORROW BETTER | 36 | December 27, 2005 |
| 78424080 | 3,015,185 | PC HEALTH CONNECTION | 9 | November 15, 2005 |
| 78150364 | 2,991,584 | POPULAR | 36 | September 6, 2005 |
| 78363840 | 2,962,409 | TICKETPOP | 41 | June 14, 2005 |
| 78226709 | 2,924,234 | PRIVATE RESOURCE | 36 | February 1, 2005 |
| 78226228 | 2,883,237 | AQUI TE PRESTAMOS ATENCION | 36 | September 7, 2004 |
| 78246309 | 2,883,294 | ID POPULAR | 36 | September 7, 2004 |
| 76546756 | 2,876,870 | POPULAR CHECK PROTECT | 36 | August 24, 2004 |
| 78112888 | 2,858,774 | POPULAR E-CHECK | 36 | June 29, 2004 |
| 76315073 | 2,816,082 | PREMIA | 36 | February 24, 2004 |
| 78115489 | 2,811,720 | AHORA TU BANCO TE PREMIA | 36 | February 3, 2004 |
| 78165470 | 2,799,384 | POPULAR ROTH IRA | 36 | December 23, 2003 |
| 76377980 | 2,713,092 | PRIVILEGIOS CORPORATIVOS | 36 | May 6, 2003 |
| 76377982 | 2,710,974 | PLAZAPOP.COM | 36 | April 29, 2003 |
| 76377981 | 2,710,973 | PLAZAPOP | 36 | April 29, 2003 |
| 78124307 | 2,681,406 | EASY ACCESS MONEY MARKET | 36 | January 28, 2003 |
| 75830241 | 2,643,468 | POPULAR POINTS | 36 | October 29, 2002 |
| 75835076 | 2,625,665 | POPULAR INSURANCE | 36 | September 24, 2002 |
| 78010099 | 2,592,967 | POPULAR MONEY | 36 | July 9, 2002 |
| 78010096 | 2,592,966 | POPULAR SAVINGS | 36 | July 9, 2002 |
| 78010093 | 2,592,965 | POPULAR INTEREST | 36 | July 9, 2002 |
| 75875238 | 2,592,330 | TELENOMINA POPULAR | 36 | July 9, 2002 |
| 75875240 | 2,586,022 | TELEPAGO POPULAR | 36 | June 25, 2002 |
| 75840318 | 2,579,517 | POPULAR NET | 36 | June 11, 2002 |
| 76065253 | 2,566,700 | POPULAR CHECKING | 36 | May 7, 2002 |
| 78010094 | 2,564,662 | POPULAR INVESTOR | 36 | April 23, 2002 |
| 75887155 | 2,535,513 | QUE FACIL SE TE DIO | 36 | February 5, 2002 |

| Reg. No. | Mark | Class | Date |
|---|---|---|---|
| 75887157 | BPPR POPULAR ASSET MANAGEMENT | 36 | January 29, 2002 |
| 76004318 | AHORRO A TODA HORA | 36 | January 1, 2002 |
| 75785181 | BPPR POPULAR INSURANCE | 36 | November 13, 2001 |
| 75770245 | POPULAR STREET | 36 | November 13, 2001 |
| 75887150 | TELEPRESTAMO POPULAR | 36 | September 11, 2001 |
| 76130969 | POPULAR.COM | 41 | September 4, 2001 |
| 76004316 | CUENTA POPULAR | 36 | August 14, 2001 |
| 76004313 | ATH POP | 36 | August 7, 2001 |
| 76004315 | MULTICUENTA POPULAR | 36 | July 10, 2001 |
| 76004317 | FLEXICUENTA | 36 | July 10, 2001 |
| 76004314 | FLEXICUENTA DE NEGOCIOS | 36 | July 10, 2001 |
| 75887151 | TELEBANCO POPULAR | 36 | July 3, 2001 |
| 76065723 | ARRENDAMOS SOLUCIONES | 36 | May 29, 2001 |
| 75720502 | HAY UN BANCO QUE PIENSA EN TI | 36 | May 22, 2001 |
| 75720500 | ESTE ES TU BANCO | 36 | May 22, 2001 |
| 75887156 | BPPR POPULAR SECURITIES | 36 | April 10, 2001 |
| 75789464 | BPPR POPULAR FINANCE | 36 | October 31, 2000 |
| 75697652 | CLUB POPULAR | 36 | October 31, 2000 |
| 75236177 | POPULAR BANK OF FLORIDA | 36 | August 22, 2000 |
| 75797478 | ATH | 36 | August 1, 2000 |
| 75480691 | BPPR POPULAR CASH EXPRESS | 36 | January 25, 2000 |
| 75470098 | ENVIA ATH A TODA HORA | 36 | January 25, 2000 |
| 75228784 | BPPR POPULAR LEASING | 36 | April 6, 1999 |
| 74734358 | POPULAR PREMIER | 36 | July 29, 1997 |
| 74476430 | WE BANK ON YOUR DREAMS | 36 | October 31, 1995 |
| 74462335 | BANCO POPULAR | 36 | December 13, 1994 |
| 74057180 | POPULAR PLUS | 36 | January 11, 1994 |
| 74257381 | ATH A TODA HORA | 36 | August 31, 1993 |
| 73802032 | EXPRESO POPULAR | 36 | August 14, 1990 |
| 73005662 | BPPR | 36 | April 8, 1975 |
| 73005660 | IDEAL | 36 | March 14, 1975 |

# EXHIBIT B

Case 6:06-cv-01218-GKS-JGG   Document 1   Filed 08/15/06   Page 9 of 10 PageID 10

Search the whois database: 08/11/2006 04:02 PM



- **BobParsons.com**
  GoDaddy pulls its IPO filing!
  We have our best Qtr ever!
  Why I decided to pull it.


Quick Blog Just $2.95 a month!

- **GoDaddy.com Security**
  Protect yourself from hackers, spam, scams and more.


Hosting Upgrade! Up to 200 GB storage & 2000 GB transfer!

| Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans |

**$1.99 domain names with every new, non-domain product.**
Includes Hosting & Site Builder.
www.GoDaddy.com

**Hosting Plans from $3.99**
Up to 20GB space/1,000GB bandwidth
Includes email, blogging, & more
www.GoDaddy.com

**Personalized Email**
Fraud, Spam & Virus Protected.
Includes Greeting Cards & WebMail.
www.GoDaddy.com

## POPULARFINANCIALSVC.COM

Domain Name.......... popularfinancialsvc.com
Creation Date........ 2005-01-05
Registration Date.... 2005-01-05
Expiry Date.......... 2007-01-05
Organisation Name.... Brian Stout
Organisation Address. 10239 Cypress Knee Circle
Organisation Address.
Organisation Address. Orlando
Organisation Address. 32825
Organisation Address. FL
Organisation Address. UNITED STATES

Admin Name........... Brian Stout
Admin Address........ 10239 Cypress Knee Circle
Admin Address........
Admin Address........ Orlando
Admin Address........ 32825
Admin Address........ FL
Admin Address........ UNITED STATES
Admin Email.......... brianallenstout@yahoo.com
Admin Phone.......... +1.8006886086
Admin Fax............

Tech Name............ YahooDomains TechContact
Tech Address......... 701 First Ave.
Tech Address.........
Tech Address......... Sunnyvale
Tech Address......... 94089
Tech Address......... CA
Tech Address......... UNITED STATES
Tech Email........... domain.tech@YAHOO-INC.COM
Tech Phone........... +1.6198813096
Tech Fax.............
Name Server.......... yns1.yahoo.com
Name Server.......... yns2.yahoo.com

Registry Status: ACTIVE
Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

**Search again**
Enter a domain name:
[          ] .com  SEARCH

**More About Domains**
- Compare our prices
- Why our prices are so low
- Transfer your domain to GoDaddy.com for just $6.95! Includes a 1-year extension.
- Find out what this domain is worth

**Available TLDs**

| | | |
|---|---|---|
| | POPULARFINANCIALSVC.NET | $8.99/yr |
| | POPULARFINANCIALSVC.ORG | $8.99/yr |
| | POPULARFINANCIALSVC.INFO | $5.99/yr SAVE! |
| | POPULARFINANCIALSVC.BIZ | $6.99/yr SAVE! |
| | POPULARFINANCIALSVC.US | $7.99/yr |
| | POPULARFINANCIALSVC.NAME | $9.99/yr |
| | POPULARFINANCIALSVC.TV | $34.99/yr |
| | POPULARFINANCIALSVC.CC | $19.99/yr |

**You might also consider:**

| | | |
|---|---|---|
| | POPULARFINANCIALSVCONLINE.COM | $8.95/yr |
| | ONLINEPOPULARFINANCIALSVC.COM | $8.95/yr |
| | POPULARFINANCIALSVCHOME.NET | $8.99/yr |
| | HOMEPOPULARFINANCIALSVC.NET | $8.99/yr |
| | POPULARFINANCIALSVCSITE.ORG | $8.99/yr |
| | SITEPOPULARFINANCIALSVC.ORG | $8.99/yr |
| | POPULARFINANCIALSVCWEB.INFO | $5.99/yr SAVE! |
| | WEBPOPULARFINANCIALSVC.INFO | $5.99/yr SAVE! |
| | POPULARFINANCIALSVCLIVE.BIZ | $6.99/yr SAVE! |
| | LIVEPOPULARFINANCIALSVC.BIZ | $6.99/yr SAVE! |

REGISTER NOW!