**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**POPULAR, INC.,**

            **Plaintiff,**

**-vs-**                                                             **Case No.  6:06-cv-1218-Orl-18JGG**

**BRIAN STOUT,**

            **Defendant.**

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion for Default Judgment Againt Brian Stout (Doc. 11).  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED** and **ADOPTED**.

It is **SO ORDERED** in Orlando, Florida, this 5th day of January, 2007.

Copies to:

Counsel of Record
United States Magistrate Judge

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE